# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Ray Coffey**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00351-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina Prisoners Legal Services<br>Mary Pollard<br>North Carolina Department of Public Safety Commissioner**,**<br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2020 Order.

July 21, 2020

_____
Frank G. Johns, Clerk
United States District Court